UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Doe,<br><br>      Plaintiff,<br><br>vs.<br><br>College of Saint Benedict and Saint John's University,<br><br>      Defendants. | Civil File No.: 0:14-CV-03089-MJD-HB<br><br><br><br>**STIPULATION FOR DISMISSAL OF SAINT JOHN'S UNIVERSITY WITH PREJUDICE** |

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Doe and Defendant Saint John's University, by and through their counsel of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff's Amended Complaint and claims against Defendant Saint John's University in the above-entitled litigation may be, and hereby are dismissed in their entirety with prejudice and on the merits, without costs, disbursements or attorney's fees to any party.

Date:  August 21, 2014

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By /s/ Carl Crosby Lehmann
Carl Crosby Lehmann (#257345)
Pamela J. Kovacs (#0394817)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3234
Facsimile: (612) 632-4234
carl.lehmann@gpmlaw.com

*Attorneys for Defendant Saint John's University*

1

<table>
<tr><td>Date: August 21, 2014</td><td>THE KAISER LAW FIRM PLLC<br><br>By _____<br>Christopher C. Muha (*pro hac vice*)<br>Justin Dillon (*pro hac vice*)<br>1400 Eye Street NW, Suite 525<br>Washington, DC 20005<br>Telephone: (202) 640-2850<br>Facsimile: (202) 280-1034<br>cmuha@tklf.com<br>jdillon@tklf.com<br><br>**SPEETER & JOHNSON**<br><br>Peter J. Diessner (#388295)<br>1515 Canadian Pacific Plaza<br>120 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 339-7566<br>Facsimile: (612) 339-9055<br>pdiessner@speeterjohnson.com</td></tr>
</table>