UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| John Doe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>College of St. Benedict and St. John's University,<br><br>　　　　Defendants. | Civil File No.:  0:14-CV-03089-MJD-HB<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY ORDERED, pursuant to the Stipulations of the parties [56] [57], that Plaintiff's Amended Complaint and claims against Defendants College of St. Benedict and St. John's University in the above-entitled litigation are hereby are dismissed in their entirety with prejudice and on the merits, without costs, disbursements or attorney's fees to any party.

　　LET JUDGMENT BE ENTERED


Dated August 22, 2014　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　The Honorable Michael J. Davis
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court