# UNITED STATES DISTRICT COURT
## District of Minnesota

John Doe,

                 Plaintiff,

v.

College of St. Benedict and
St. John's University,

                 Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-3089 MJD/HB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's Amended Complaint and claims against Defendants College of St. Benedict and St. John's University in the above-entitled litigation are hereby are dismissed in their entirety with prejudice and on the merits, without costs, disbursements or attorney's fees to any party.

Date: August 25, 2014

                                                RICHARD D. SLETTEN, CLERK

                                                s/J. Midtbo

                          (By)                  J. Midtbo, Deputy Clerk